**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WEBBAPPS, L.L.C., D/B/A HITPATH,** <br>               **Plaintiff,** <br> **VERSUS** <br><br> **ACCELERIZE NEW MEDIA, INC.,** <br> **D/B/A CAKE MARKETING MOORE,** <br> **L.L.C., MOORE INTERNATIONAL,** <br> **L.L.C., PAB67 MEDIA, L.L.C.,  RYAN** <br> **MOORE, CHRIS KAUTZ-SCANAVY,** <br> **AND AARON HARPER** <br>               **Defendants.** | **CIVIL ACTION NO. 11-00780** <br><br> **SECTION "N"** <br><br> **JUDGE KURT D. ENGELHARDT** <br><br> **MAGISTRATE 4** <br><br> **MAGISTRATE KAREN WELLS ROBY** |

**WEBAPPS' MOTION TO DISMISS**
**ACCELERIZE NEW MEDIA, INC.'S COUNTERCLAIM**

Plaintiff WebApps, L.L.C. ("WebApps") respectfully moves this Court to dismiss the Counterclaim filed against it by  Defendant Accelerize New Media, Inc. ("Cake Marketing").  As explained more fully in the Memorandum in Support that accompanies this Motion, the Counterclaim fails to state a cognizable claim against WebApps.  Accordingly, the Counterclaim must be dismissed pursuant to Fed. R. Civ. Pro. 12(b)(6).

WHEREFORE, WebApps, L.L.C. prays that its motion be granted and that Accelerize New Media, Inc.'s Counterclaim be dismissed.

{N2340957.1}

Respectfully submitted,


/s/ Mark A. Cunningham

MARK A. CUNNINGHAM (#24063)
BRETT S. VENN (#32954)
Jones, Walker, Waechter,
   Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8000
Facsimile: (504) 582-8583
mcunningham@joneswalker.com
bvenn@joneswalker.com

Attorneys for WebApps, LLC.


## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served on all counsel of record counsel by filing same with this Court's CM/ECF system or by depositing same in the United States mail, postage prepaid and properly addressed, this 12th day of August, 2011.

/s/ Mark A. Cunningham

MARK A. CUNNINGHAM