UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WEBBAPPS, L.L.C., D/B/A HITPATH,<br>                    Plaintiff,<br>VERSUS<br><br>ACCELERIZE NEW MEDIA, INC.,<br>D/B/A CAKE MARKETING<br>AFFILIATEWISE, L.L.C., MOORE<br>INTERNATIONAL, L.L.C., PAB67<br>MEDIA, L.L.C., RYAN MOORE,<br>CHRIS KAUTZ-SCANAVY, AND<br>AARON HARPER<br>                    Defendants. | CIVIL ACTION<br><br>NO. 11-780<br><br>SECTION: N(4) |

**ORDER OF DISMISSAL**

Considering the Joint Motion to Dismiss,

IT IS ORDERED that all claims asserted by plaintiff WebApps, L.L.C., d/b/a HitPath ("WebApps") and all counterclaims asserted by defendants, Accelerize New Media, Inc., Moore International, LLC, PAB67 Media, LLC, Ryan Moore, and Chris Kautz-Scanavy (collectively, "Defendants"), AffiliateWise, L.L.C. ("AffiliateWise") are hereby DISMISSED, with prejudice, each party to bear its own costs and attorneys' fees.  The Stipulated Permanent Injunction shall remain in full force and effect and subject to enforcement by this Court.  The Court also shall retain jurisdiction to enforce the settlement agreement among the parties.

New Orleans, Louisiana, this 21st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

{N2473615.1}